IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HOWARD L. LANGFORD, | |
|---|---|
| Plaintiff, | 8:16-CV-16 |
| vs. | ORDER |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The Court has received notice of the plaintiff's pending bankruptcy action. Specifically, the plaintiff's pro se motion for additional time to effectuate proper service (filing 7) states:

> On January 19, 2016, due to Workers Comp loss income and medical bills the Plaintiff filed Chapter 7 bankruptcy in the UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEBRASKA, CASE NO. 16-80078-TLS.

Filing 7 at 2.

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the Court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 19th day of April, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge