IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | 8:16-CV-16<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Report & Recommendation of the United States Bankruptcy Judge (filing 10) that the referral of this matter to the Bankruptcy Court be withdrawn as to debtor Howard L. Langford. The basis for the Bankruptcy Court's recommendation is that this case involves issues of federal law not commonly dealt with by the Bankruptcy Court, that the plaintiff has requested a jury trial, and that the trustee in this case has filed a notice of his intent to abandon all of the assets of the plaintiff's bankruptcy estate. Accordingly, the Court will adopt the report and recommendation of the Bankruptcy Judge.

　　IT IS ORDERED:

1.　The Report & Recommendation of the United States Bankruptcy Judge (filing 10) recommending withdrawal of the reference is adopted.

2.　Reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn in its entirety.

Dated this 18th day of May, 2016.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　United States District Judge