IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | **8:16CV16**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties shall review the undersigned magistrate judge's posted at Civil Case Management Practices.

2) Plaintiff and counsel for the defendant shall confer and, on or before **August 3, 2016**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **July 27, 2016** a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

July 14, 2016.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge