IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY,<br><br>Defendant. | **8:16CV16**<br><br>**ORDER** |

Defendant has not responded to Plaintiff's motion to amend and his motion for extension of time, (Filing Nos. 22 and 23), and the deadline for responding has passed. The motions are deemed unopposed.

Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to amend, (Filing No. 22), is granted. Plaintiff's amended complaint, a copy of which is attached to his motion, shall be filed on or before October 5, 2016. Defendant shall file its response to the amended complaint within 14 days after it is filed.

2) Plaintiff's motion to extend, (Filing No. 23), is granted, and he is given until October 21, 2016 to file his Rule 26 (f) Report. Plaintiff's failure to timely file his own Rule 26(f) Report may result in dismissal of this case for failure to prosecute and without further notice.

September 28, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge