IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | **8:16CV16**<br><br>**ORDER** |

Based upon representations made to the court,

IT IS ORDERED:

1)      The above-captioned case is stayed.

2)      A status report shall be filed by January 2, 2017.

Dated this 31st day of October, 2016

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge