IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HOWARD L. LANGFORD, | |
|---|---|
| Plaintiff, | 8:16-CV-16 |
| vs. | JUDGMENT |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (filing 56), this case is dismissed with prejudice, the parties to bear their own costs and attorney's fees.

Dated this 1st day of June, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge